**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6901**

———————————

FRANK LEE GARRETT,

Plaintiff - Appellant,

versus

JAMES S. GILMORE, III, Attorney General;
DANIEL T. MAHON,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-1230-R)

———————————

Submitted:  November 7, 1996      Decided:  November 19, 1996

———————————

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Frank Lee Garrett, Appellant Pro Se.  Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Garrett v. Gilmore, No. CA-95-1230-R (W.D. Va. May 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED